UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ROBERT LASH, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:15-CV-325-RLM-SLC |
| ) | |
| CITY OF GARRET, KEITH HEFNER, ) | |
| ADAM SHEFFIELD, JEFFREY ) | |
| ARNETT, AND JUSTIN NAWROCKI, ) | |
| ) | |
| DEFENDANTS. ) | |

O R D E R

Plaintiff Robert Lash, by counsel, filed a motion to proceed *in forma pauperis*. (Doc. No. 2). In the petition, Mr. Lash indicates that he is not employed, owns no car, and has no dependents. He states that he possesses $500.00 in a savings account and $60.00 cash, but has not received any money from any source for the past 12 months and is not financially dependent on anyone else. Based on this information, his *in forma pauperis* petition does not appear to contain complete information. It is unclear how he is meeting his daily living expenses such as food, clothing, housing, utilities, and caring for the dog that is the basis of his lawsuit. Mr. Lash must properly identify *any* income or benefits he receives in order for the court to fully assess his financial status.

Accordingly, Mr. Lash's motion will be denied, but he will be granted an opportunity to submit another motion fully detailing his financial status. Therefore, the court:

(1) DENIES the motion for leave to proceed *in forma pauperis* (Doc. No. 2); and

(2) GRANTS Mr. Lash to and including December 7, 2015 to file a renewed *in forma pauperis* petition.

If Mr. Lash doesn't respond by that date, his case will be dismissed without further notice for non-payment of the filing fee.

SO ORDERED.

ENTERED: November 6, 2015

/s/ Robert L. Miller, Jr.
Judge
United States District Court